# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FROEDTERT MEMORIAL LUTHERAN HOSPITAL,**
      Plaintiff,

    v.                                       Case No. 05C0351

**DONNA FOX,**
      Defendant and
      Third-Party Plaintiff,

    v.

**SENTRY LIFE INSURANCE COMPANY,**
      Third-Party Defendant.

## DECISION AND ORDER

On July 6, 2005, I remanded this case to the Circuit Court of Milwaukee County and ordered that Sentry Life Insurance Company reimburse Fox for reasonable attorneys' fees and costs incurred in connection with removal pursuant to 28 U.S.C. § 1447(c). Fox submitted a fee petition seeking $3,000 in attorney's fees for twelve hours of work performed by attorney James C. Mentkowski at a rate of $250 per hour. After reviewing Fox's fee petition, I find that the hourly rate of $250 for Fox's counsel, an attorney with nearly thirty years of litigation experience, is reasonable. Furthermore, the amount of time Fox's counsel spent researching and preparing the motion to remand is also reasonable.

Accordingly,

**IT IS ORDERED** that the Clerk of Court shall enter judgment in favor of Fox and against Sentry Life Insurance Company awarding Fox $3,000 in attorneys' fees pursuant to 28 U.S.C. § 1447(c).

Dated at Milwaukee, Wisconsin this 9 day of January, 2006.

/s_____
LYNN ADELMAN
District Judge

2

Case 2:05-cv-00351-LA   Filed 01/10/06   Page 2 of 2   Document 24